UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLO FERNANDES, PHYSICIAN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-CV-00404-HBK (PC)<br><br>ORDER GRANTING MOTION AND DIRECTING THE U.S. MARSHAL TO SERVE SUBPOENA ON CDCR'S OFFICE OF LEGAL AFFAIRS<br><br>(Doc. No. 12) |

　　　　Plaintiff is proceeding pro se in this civil rights action brought under 42 U.S.C. § 1983. On June 12, 2025, the Court issued an order authorizing Plaintiff to subpoena documents from the California Department of Corrections and Rehabilitation ("CDCR") to identify Defendants Does 1-30, members of the "SMART" Committee who denied multiple surgical referrals. (Doc. No. 10).

　　　　On July 10, 2025, Plaintiff filed a motion requesting the Court to accept and direct service of his completed subpoena forms and to supply the correct address for CDCR's headquarters. (Doc. No. 12). Plaintiff represents that he completed the AO 88B and USM-285 forms to the best of his ability and seeks to ensure proper service. (*See id.*).

　　　　Accordingly, it is **ORDERED**:

　　　　1. Plaintiff's motion filed July 10, 2025 (Doc. No. 12) is GRANTED.

　　　　2. The subpoena duces tecum submitted by Plaintiff is amended to the extent that the

Clerk shall direct the subpoena to CDCR's Office of Legal Affairs at 10111 Old Placerville Road, Suite 100, Sacramento, CA 95827.

3. The Clerk of Court is DIRECTED to:

   a. Serve a copy of this order and the completed subpoena forms on the U.S. Marshals Service.

   b. Send a courtesy copy of this order to CDCR's Office of Legal Affairs at: P.O. Box 942883, Sacramento CA, 94283.

4. Within fourteen (14) days from the date of this order, the U.S. Marshals Service SHALL personally serve:

   a. The subpoena duces tecum commanding production of documents identifying members of the "SMART" Committee responsible for denying surgical requests on or around June 11, 2020, January 8, 2021, and December 6, 2021.[1]

   b. A copy of this order.

5. Within ten (10) days after completion of service, the U.S. Marshals Service SHALL file proof of service with the Court.

Dated:   July 15, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The physical address of CDCR's Office of Legal Affairs is 10111 Old Placerville Road, Suite 100, Sacramento, CA 95827.

2