UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS, | Case No. 1:25-cv-00404-FJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE STAY OF CASE (ECF No. 45) |
| v. | |
| FERNANDES, *et al.*, | ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT REGARDING PROPERTY |
| Defendants. | THIRTY (30) DAY DEADLINE |

Plaintiff Michael Thomas ("Plaintiff") is a current federal prisoner and former California state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Fernandes, Manhas, Palomino, Tseng, and "SMART" Committee members Defendants M. Arca, E. Conanan, F. Igbinosa, E. dos-Santos-Chen, P. Tafyoa, B. Stepke, A. Ola, J. Bal, and M. Boparai in their individual capacities for medical deliberate indifference in violation of the Eighth Amendment.

On October 14, 2025, the Court granted Plaintiff's motion to stay this action, pending further order of the Court, while he awaited transfer to his "final destination" institution and to allow him to obtain possession of his legal materials. (ECF No. 33.) Plaintiff was directed to file a notice of change of address after his transfer to each institution and to promptly notify the Court once he arrived at his final place of incarceration and was in possession of his legal materials. The Court further ordered Plaintiff to file a status report within 120 days appraising the Court of the

status of his transfer if he had not yet arrived at his final place of incarceration. (*Id.*) The Court extended the stay on February 11, 2026. (ECF No. 43.)

Currently before the Court is Plaintiff's second motion to continue the stay of this case, filed March 30, 2026. (ECF No. 45.) Plaintiff states that he is now at his final destination, Federal Correctional Institution Lompoc II ("FCI Lompoc II"), but he was forced to dispose of his legal documents during the course of his transfer. Plaintiff is working with an attorney to obtain his legal materials and requests that the stay continue until he receives his legal materials. Plaintiff will then immediately notify the Court and request that the stay be lifted. (*Id.*)

Defendants did not file a response to Plaintiff's motion, and the deadline to do so has expired. The Court therefore finds that Plaintiff's motion is unopposed and is deemed submitted. Local Rule 230(l).

The district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). A stay is discretionary and the "party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion." *Nken v. Holder*, 556 U.S. 418, 433–34 (2009). "Generally, stays should not be indefinite in nature." *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066–67 (9th Cir. 2007). If a stay is especially long or its term is indefinite, a greater showing is required to justify it. *Yong v. I.N.S.*, 208 F.3d 1116, 1119 (9th Cir. 2000). The Court should "balance the length of any stay against the strength of the justification given for it." *Id.*

The Court finds Plaintiff has established good cause to continue the stay of this action to allow him additional time to obtain possession of his legal materials. Further, the Court finds that Defendants will not be prejudiced by the continued stay of this action, as no opposition was filed, not all defendants have been served, and no defendant has yet filed a response to the operative complaint.

Based on the foregoing, it is HEREBY ORDERED as follows:

1. Plaintiff's motion to continue stay of case, (ECF No. 45), is GRANTED;

2. The instant action remains STAYED pending further order of the Court;

3.  Plaintiff shall promptly notify the Court once he is in possession of his legal materials;

4.  Within thirty (30) days of service of this order, if Plaintiff has not yet received his legal materials, Plaintiff shall file a status report with the Court to apprise the Court of the status of his legal materials; and

5.  No defendant is required to file a response to the operative complaint until further order by the Court.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

UNITED STATES MAGISTRATE JUDGE