UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>          Plaintiff,<br><br>   v.<br><br>FERNANDES, *et al.*,<br><br>          Defendants. | Case No. 1:25-cv-00404-FJS (PC)<br><br>ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO FILE STATUS REPORT IN COMPLIANCE WITH COURT ORDER<br><br>(ECF No. 47)<br><br><u>FOURTEEN (14) DAY DEADLINE</u> |

Plaintiff Michael Thomas ("Plaintiff") is a current federal prisoner and former California state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Fernandes, Manhas, Palomino, Tseng, and "SMART" Committee members Defendants M. Arca, E. Conanan, F. Igbinosa, E. dos-Santos-Chen, P. Tafyoa, B. Stepke, A. Ola, J. Bal, and M. Boparai in their individual capacities for medical deliberate indifference in violation of the Eighth Amendment.

On October 14, 2025, the court granted Plaintiff's motion to stay this action, pending further order of the court, while he awaited transfer to his "final destination" institution and to allow him to obtain possession of his legal materials. (ECF No. 33.) The court extended the stay on February 11, 2026, (ECF No. 43), and on March 30, 2026, (ECF No. 45), to allow Plaintiff additional time to obtain possession of his legal materials after arriving at his final institution. Plaintiff was directed to promptly notify the court once he was in possession of his legal

materials, or to file a status report apprising the court of the status of his legal materials within thirty (30) days. (ECF No. 45.)

Plaintiff's status report was due on or before June 1, 2026. Plaintiff has not filed a status report or otherwise communicated with the court regarding this action or the status of his legal property.

Accordingly, it is HEREBY ORDERED as follows:

1. Within <u>fourteen (14) days</u> from the date of service of this order, Plaintiff SHALL show cause by written response regarding his failure to file a status report addressing the status of his legal materials;

2. Plaintiff may comply with this order by filing a status report in compliance with the court's April 29, 2026, order;

3. The instant action remains stayed and no defendant is required to file a response to the operative complaint pending further order of the court; and

4. <u>If Plaintiff fails to comply with this order, this action may be dismissed, without prejudice, for failure to prosecute and failure to comply with a court order.</u>

IT IS SO ORDERED.

Dated:    **June 18, 2026**    _____
UNITED STATES MAGISTRATE JUDGE