UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>CARLO FERNANDES, et al.,<br><br>Defendants. | Case No. 1:25-cv-00404-JLT-FJS (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION<br>(ECF No. 64)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING FEBRUARY 11, 2027, SETTLEMENT CONFERENCE<br>(ECF No. 61)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |

Plaintiff Michael Thomas is a current federal prisoner and former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's first amended complaint against Defendants Fernandes, Manhas, Palomino, Tseng, and "SMART" Committee members Defendants M. Arca, E. Conanan, F. Igbinosa, E. dos-Santos-Chen, P. Tafyoa, B. Stepke, A. Ola, J. Bal, and M. Boparai (collectively, "Defendants") in their individual capacities for medical deliberate indifference in violation of the Eighth Amendment. Defendants filed an answer to the complaint on September 21, 2026. (ECF No. 57.)

On September 24, 2026, the court identified this case as an appropriate case for the post-

screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 61.) The court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

On November 9, 2026, Defendants filed a motion to opt out of post-screening alternative dispute resolution and a request to vacate the settlement conference. (ECF No. 64.) Based on a review of Plaintiff's claims, central file, medical records, and the applicable law, defense counsel does not believe that settlement is achievable at this time. (ECF No. 64 ¶¶ 2, 4.) In addition, defense counsel spoke with Plaintiff over the phone. (ECF No. 64 ¶ 3.) Defense counsel also conferred with her supervisor, who agreed with her recommended course of action. (ECF No. 64 ¶ 5.) Therefore, the stay is lifted, and the February 11, 2027, settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the court at a later date, they should so inform the court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the post-screening ADR project, (ECF No. 64), is GRANTED;
2. The stay of this action, (ECF No. 61), is LIFTED;
3. The February 11, 2027, settlement conference is VACATED;
4. The clerk of the court is DIRECTED to issue a discovery and scheduling order; and
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **November 16, 2026**



UNITED STATES MAGISTRATE JUDGE